UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:11-00001 |
| | ) | CHIEF JUDGE HAYNES |
| WESLEY BENJAMIN WAYNE | ) | |

### AGREED MOTION TO SET REVOCATION HEARING

Defendant Wesley Benjamin Wayne respectfully moves the Court to set a revocation hearing. This case was previously continued so the parties could try to reach a comprehensive resolution of the case that would include addressing Wayne's state parole revocation warrant. Because the parties have been unable to reach such a resolution, Wayne asks that the Court set a hearing. AUSA Blanche Cook has advised that she is in agreement with this request. The parties are available for a hearing on Friday, May 2, or at another time convenient to the Court.

[Handwritten annotation: Granted. This motion is granted. The hearing is set for May 16, 2014 at 4:00 p.m. /s/ [signature] 4/28/14]

Respectfully submitted,

_s/ Michael C. Holley_
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Wesley Benjamin Wayne

### CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2014, I electronically filed the foregoing *Agreed Motion to Set Revocation Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Blanche Cook, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

_s/ Michael C. Holley_
MICHAEL C. HOLLEY