IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:11-cr-00001 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| BENJAMIN WESLEY WAYNE | ) | |

## ORDER

This action came before the Court on May 16, 2014, for a hearing regarding violations of the Defendant's conditions of supervised release. For the reasons set forth on the record in open court, the Defendant's supervised release is **REVOKED**. Defendant is **ORDERED** to serve eight (8) months in the custody of the Bureau of Prisons. Following Defendant's service of his federal sentence, Defendant will not be subject to any further term of supervised release. The Court recommends that Defendant be held in the Bureau of Prisons' FMC Butner facility, and that Defendant receive intensive substance abuse treatment.

It is so **ORDERED**.

**ENTERED** this the 16th day of May, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge